Polly Ottwell, by W. R. Donohoo, her conservator, appellee, v. National Fire Insurance Company of Hartford, Connecticut, appellant. Gen. No. 8,830.

Opinion filed June 15, 1934.

Williams & Williams, for appellant. Edwin Johnston, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

John E. Sharp, appellee, v. Frank U. Patterson, appellant. Gen. No. 8,797.

Opinion filed June 15, 1934. Rehearing denied July 17, 1934.

Carey E. Barnes, for appellant. Brown, Hay & Stephens, for appellee; Robert A. Stephens, Jr., of counsel.

Per curiam.

## FOURTH DISTRICT.

The People of the State of Illinois ex rel. Oscar Nelson v. Bank of Noble.

E. B. Ring, plaintiff in error, v. Charles E. Palmer, defendant in error.

Opinion filed June 4, 1934.

Donovan D. McCarty, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Edwards delivered the opinion of the court.

Wilhelmina Spaet, plaintiff in error, v. City of Alton, defendant in error.

Opinion filed June 4, 1934.

Ferdinand Tunnell, for plaintiff in error. Virgil M. Jacoby, for defendant in error; Wm. P. Boynton, of counsel.

Mr. Presiding Justice Edwards delivered the opinion of the court.